Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
INTUIT INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven A. Templeton,<br><br>Plaintiff,<br><br>v.<br><br>Intuit Inc.,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL**<br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:

Defendant Intuit Inc. ("Intuit") hereby removes this action from the Pima County Superior Court to this Court in accordance with 28 U.S.C. §§ 1331, 1441, and 1446 and Local Rule 3.6.   Intuit is entitled to remove this action because this Court has original jurisdiction over Plaintiff Steve Templeton's age discrimination claim in that it arises under the laws of the United States, specifically under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 *et seq.* (the "ADEA").   Intuit respectfully sets forth the following specific grounds for removal on the basis of federal question jurisdiction.

1.     Plaintiff filed a Complaint against Intuit entitled *Plaintiff, Steven A. Templeton, vs. Defendant Intuit Inc.*, Case No. C20162190 (the "Action"), in Pima County Superior Court on or about May 11, 2016.  A copy of Plaintiff's complaint is attached as Exhibit A.

2.     Plaintiff served a copy of the Summons and Complaint on Intuit's agent on September 2, 2016.  A copy of the Summons and the Notice of Service of Process transmittal form from Corporation Service Company are attached as Exhibit B.

3.     Before filing his Complaint, and as required by the ADEA, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (the "EEOC") and the Arizona Civil Rights Division (the "ACRD") on or about May 19, 2015, alleging that Intuit had discriminated against him because of his age in violation of the ADEA.  A copy of Plaintiff's Charge of Discrimination under the ADEA is attached as Exhibit C.

4.     Plaintiff also previously filed another Charge of Discrimination against Intuit under the ADEA in or about October 2014.  At that time, however, the EEOC notified Intuit that it was not required to respond to the Charge.  A copy of the Notice from the EEOC informing Intuit that Plaintiff had filed a Charge under the ADEA is attached as Exhibit D.

5.     Plaintiff's Complaint expressly alleges that he was discriminated against because of his age.  (*See* Pl.'s Compl. Ex. A at 3.)

6.     Thus, this Court has original jurisdiction over this Action under 28 U.S.C. §1331 and Intuit properly removed it to this Court under 28 U.S.C. §1441(a) and (c) based on federal question jurisdiction.  Federal question jurisdiction exists in a civil matter when the action "aris[es] under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.

7.     Copies of Plaintiff's Notice of Right to Sue and Certificate of Compulsory Arbitration, which were also served on Intuit on September 2, 2016, are attached as Exhibit E.

8.     Intuit has attached copies of all process, pleadings, and orders served on it in this action to this Notice of Removal in accordance with 28 U.S.C. § 1446(a) and Local Rule 3.6(b).

9.     A copy of the Notice Re: Impending Dismissal, which was filed in this Action in Superior Court on August 12, 2016, is attached as Exhibit F.

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

10.     A copy of the Affidavit of Service, which was filed in this Action in Superior Court on September 7, 2016, is attached as Exhibit G.

11.     Intuit has attached all pleadings and other documents filed in this Action in Pima County Superior Court in accordance with Local Rule 3.6(b).

12.     Intuit has filed this Notice of Removal within thirty (30) days of being served with Plaintiff's Summons and Complaint.  Consequently, Intuit has timely removed this action under 28 U.S.C. § 1446(b).

13.     Intuit has given written notice of this removal to all adverse parties and is filing a Notice with the Clerk of the Pima County Superior Court advising it of this removal in accordance with 28 U.S.C. § 1446(d).

14.     Venue of this Action exists in this District under 28 U.S.C. §1441(a) because the Superior Court is located within the District.

DATED this 23rd day of September 2016.

s/ Peter C. Prynkiewicz
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Intuit, Inc.

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 23rd day of September, 2016, to:

Steven A. Templeton
2385 East Calle Pilca Road
Tucson, Arizona 85706
Plaintiff

s/ Tisha A. Davis

Firmwide:142818955.1 081265.1022

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-